THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK TIGNER, Appellant.

Submitted June 15, 2009; decided June 24, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE TOLENTINO, Appellant.

Submitted June 15, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v PATRICK ZEPHRIN, Respondent.

Submitted June 8, 2009; decided June 24, 2009

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.